STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOHN
DART, JR., PLAINTIFF IN ERROR.

Submitted October 14, 1932—Decided March 3, 1933.

Before Justices BODINE and DONGES.

For the plaintiff in error, *John C. Reed.*

For the defendant in error, *T. Millet Hand.*

BODINE, J.   The defendant was convicted of assault and
battery.   The indictment charged the defendant with an
atrocious assault and battery.

The defendant sought to justify his acts, as done, in self-
defense, and to introduce evidence that his assailant was a
violent, quarrelsome and dangerous man, and that his repu-
tation for such disposition was known to him.   The exclusion
of such testimony was manifest error.   The question in con-
troversy was whether the defendant acted in self-defense.
Upon that question evidence, which tended to show that the
defendant had reasonable cause to apprehend great bodily
harm just before the assault, was relevant.   Therefore, the
general reputation of his assailant as a dangerous and quarrel-
some person was competent, especially if this reputation was
known to the defendant.   *Smith* v. *United States,* 161 *U. S.*
85; *Commonwealth* v. *Tircinski,* 189 *Mass.* 257; 2 *L. R. A.*
(*N. S.*) 102; 75 *N. E. Rep.* 261; 2 *R. C. L.* 568.

It is unnecessary for us now to consider the other assign-
ments of error.   The judgment below will be reversed.